Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of ___Illinois___

In re __McFarland Shirley__.
           Debtor

Case No. __07-22664__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _____ Check one ☐ With the filing of the petition, or
                        ☒ On or before __12-28-07__

   $ __68.50__ on or before __1-28-08__

   $ __68.50__ on or before __2-28-08__

   $ __68.50__ on or before __3-28-08__

   $ __68.50__ on or before __4-28-08__

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____
Signature of Attorney         Date

___Shirley McFarland___   __12-3-07__
Signature of Debtor        Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____   _____
Signature of Joint Debtor (if any)   Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 03 2007
KENNETH S. GARDNER
BY _____ DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of \_\_\_\_Illinois\_\_\_\_

In re  Shirley McFarland
—Debtor

Case No. 07-22664

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                                 ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: DEC 0 3 2007

*United States Bankruptcy Judge*