```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22664
   SHIRLEY MCFARLAND
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6443


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/03/2007 and was not confirmed.

     The case was dismissed without confirmation 03/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
EMC MORTGAGE            CURRENT MORTG            .00            .00            .00
ACCREDITED HOME LENDER  CURRENT MORTG            .00            .00            .00
ACCREDITED HOME LENDER  SECURED NOT I       31260.97            .00            .00
PRO SE DEBTOR           DEBTOR ATTY             .00                            .00
TOM VAUGHN              TRUSTEE                                                .00
DEBTOR REFUND           REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                                ---------------       ---------------
TOTALS                               .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                         /s/ Tom Vaughn
   Dated: 08/21/08                       _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE